```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

VANESSA DUNSTAN,

              Plaintiff,

- against -

NESPRESSO USA, INC.,

              Defendant.

17 Civ. 714 (JGK)

ORDER

PART 1, District Judge:

    The Court has been notified that the parties have reached a settlement in principle. Accordingly, the case is **dismissed with prejudice**, provided, however, that should the parties notify the Court within 30 days that they have not settled the matter, it will be restored to the calendar.

SO ORDERED.

Dated:    New York, New York
           August 31, 2017

                                    _Valerie Caproni_
                                    Part 1
                             United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2017
```